## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**PATRICIA MacDONALD**                                                                                  **PLAINTIFF**

**V.**                      **CASE NO. 3:12CV00323-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
Social Security Administration                                                                          **DEFENDANT**

## JUDGMENT

In accordance with the Court's findings of fact and conclusions of law following oral arguments by counsel at a hearing held on November 18, 2013, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 20th day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE